IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YASMEEN LORD AND JAMES WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATE EMPLOYMENT RESOURCES, INC. D/B/A CORESTAFF SERVICES,<br><br>Defendant. | CIVIL ACTION NO.<br>1:14-cv-02937-WSD |

## ORDER APPROVING SETTLEMENT AGREEMENTS AND DISMISSING CASE WITH PREJUDICE

This case involves claims under the Fair Labor Standards Act, 29 U.S.C § 201, *et seq.*, based on Defendant's alleged failure to properly classify Plaintiffs as overtime eligible under the law. This matter is before the Court upon the Joint Motion for Approval of Settlement Agreements And For Order Of Dismissal With Prejudice ("Joint Motion") of the Parties for the approval of their compromise and settlement of this action.

The Court acknowledges that this Order is a judicial approval of a reasonable compromise, not a finding, conclusion, or reflection of any admission of a violation of the Fair Labor Standards Act, willful, intentional, or otherwise. The Court has reviewed the parties' Joint Motion and the draft Settlement

Agreements. The Court is further aware of informal discovery and extensive settlement negotiation efforts. The Court is of the opinion that there are *bona fide* disputes over application of the relevant provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and specifically, the proper classification of Plaintiffs as exempt from the overtime provisions under the FLSA. In light of these legitimate disputes, the Court is of the opinion that the parties' Settlement Agreements reflect a fair and reasonable resolution of these *bona fide* disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the parties' Joint Motion.

2. The Court APPROVES the form of the Settlement Agreements and directs that the proposed Settlement Agreements, with the amounts paid to settle this matter, be retained "under seal" to protect Defendant's confidentiality concerns.

3. The Court APPROVES the monetary distribution as to Plaintiffs and Plaintiffs' counsel as described in the Settlement Agreements and ORDERS Defendant to make payments accordingly.

4. This case is hereby DISMISSED WITH PREJUDICE with each party to bear his, her or its own expenses and attorneys' fees as provided in the Settlement Agreements.

5. The Court RETAINS JURISDICTION over this matter for the purposes of enforcing the terms of the Parties' Settlement Agreements.

DONE and ORDERED this 22nd day of October, 2014.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATE DISTRICT JUDGE